PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

Name of Offender: Daniel Serrano                                              Cr.: 06-00598-001

PACTS Number: 44338

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 02/06/07

Original Offense: Conspiracy to Import Narcotics

Original Sentence: 15 months incarceration; 36 months supervised release; $100 special assessment fee; and DNA testing

Type of Supervision: Supervised Release                    Date Supervision Commenced: 04/18/08

### PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

### CAUSE

On April 24, 2009, the offender submitted a urine that subsequently tested positive for marijuana.

Respectfully submitted,

By: Suzanne Golda    SJG/ba
U.S. Probation Officer
Date: 05-27-09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

6-9-09

Date