PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Daniel Serrano  
Cr.: 06-00598-001  
PACTS Number: 44338

Name of Judicial Officer: The Honorable Peter G. Sheridan (as reassigned)

Date of Original Sentence: 02/06/07

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 15 months incarceration, 3 years supervised release

Type of Supervision: Supervised Release         Date Supervision Commenced: 04/18/08

## PETITIONING THE COURT

[X] To extend the term of supervision for six months, for a total term of three-and-a-half years (with new expiration date of October 17, 2011.  
[ ] To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

On April 4, 2011, Serrano tested positive for marijuana use.

Respectfully submitted,  
By: Suzanne Golda  
U.S. Probation Officer  
Date: 04/11/11

THE COURT ORDERS:

[X] The Extension of Supervision as Noted Above  
[ ] The Modification of Conditions as Noted Above  
[ ] No Action  
[ ] Other

Signature of Judicial Officer

4/15/11  
Date

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

April 11, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Peter G. Sheridan
Clarkson S. Fisher Federal Building and Courthouse
402 East State Street
Trenton, New Jersey 08608

RE: SERRANO, Daniel
Dkt. No. 06-00598-001
**Waiver of Hearing to Modify Conditions**

Dear Judge Sheridan,

On February 6, 2007, Daniel Serrano was sentenced by the Honorable Joseph A. Greenaway, Jr. to 15 months incarceration and three years of supervised release for Conspiracy to Distribute Cocaine. On April 18, 2008, Serrano was released from custody and his term of supervision commenced. On June 9, 2009, the Court modified the conditions of supervised release to include drug testing/treatment based on the offender's submission of a positive drug test for marijuana. On July 30, 2010, this case was reassigned to Your Honor.

Serrano recently violated the conditions of supervision by smoking marijuana. *He is due to expire from supervision on April 17, 2011.* In an effort to assist Serrano with his substance use, we respectfully recommend a modification ordering an extension of his supervised release term for six months. On April 5, 2011, the offender voluntarily signed a waiver of hearing agreeing to the extension of supervision.

If the Court agrees with our recommendation, please sign the attached 12B petition. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Suzanne J. Golda
U.S. Probation Officer

SJG/
Attachment